UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLOTTE S. CAUDILL, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| VS. | ] NO. 3:13-0708 |
| | ] |
| LIFE INSURANCE COMPANY OF | ] JUDGE CAMPBELL |
| NORTH AMERICA, et. al., | ] |
| | ] |
| Defendants. | ] |

## AGREED ORDER OF DISMISSAL AND REMAND

It appearing to the Court that Plaintiff and Life Insurance Company of North America have fully and finally compromised and settled their differences;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this action is dismissed, with prejudice, as to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

**IT IS FURTHER APPEARING** that all federal questions have been resolved by this latter settlement, the remainder of this action as to VOLUNTEER STATE BANK is remanded to the Chancery Court for Sumner County, Tennessee for final resolution of the remaining state claim.

**IT IS SO ORDERED** this the ____ day of February, 2014.

_____
TODD J. CAMPBELL
U.S. DISTRICT COURT JUDGE

**APPROVED FOR ENTRY:**

McCLELLAN, POWERS, EHMLING & ROGERS, P.C.

*/s/ Arthur E. McClellan*
Arthur E. McClellan
B.P.R. #2590
Attorney for Caudill
116 Public Square
Gallatin, TN 37066
aemclellan@bellsouth.net

*Counsel for Plaintiff*
*/s/ Walter M. Jones*
Walter M. Jones
*Pro Hac Vice*
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
mnornback@wyattfirm.com

*Counsel for Life Insurance Company North America*

*/s/ Byron M. Gill*
Byron M. Gill
B.P.R. #22802
Rochelle, McCullouch & Aulds, PLLC
109 North Castle Heights Avenue
Lebanon, TN 37087
bgill@rma-law.com

*Counsel for Volunteer State Bank*